# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

DOROTHY J. JONES,                :

    Plaintiff,              :

vs.                              :        CA 06-0239-C

JO ANNE B. BARNHART,             :
Commissioner of Social Security,
                                 :
    Defendant.

## JUDGMENT

In accordance with the memorandum opinion and order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that the decision of the Commissioner of Social Security denying plaintiff supplemental security income benefits be affirmed.

**DONE** this the 4th day of January, 2007.

                          s/WILLIAM E.CASSADY
                          **UNITED STATES MAGISTRATE JUDGE**